■ In the Matter of General Assignment for the Benefit of Creditors of HUDSON SUPERFINE LAUNDRY, INC., Assignor, to JACOB N. KLIEGMAN, Assignee, Respondent. WASHINGTON HEIGHTS LAUNDRY CORP., Appellant, and UNITED STATES OF AMERICA, Respondent.—Order, Supreme Court, Bronx County, entered on February 8, 1977, unanimously affirmed on the opinion of H. B. Evans, J., at Special Term. Respondent shall recover of appellant

$60 costs and disbursements of this appeal. Concur—Kupferman, J. P., Lupiano, Silverman and Markewich, JJ.